UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COOPER,

Petitioner,

v.

WARDEN,

Respondent.

Case No. 26-cv-01972-JSC

**ORDER OF DISMISSAL**

On March 9, 2026, Petitioner, a county jail inmate proceeding without representation by an attorney, mailed two letters to the court in which he disputes the validity of his incarceration and requests to pursue a petition for a writ of habeas corpus. (ECF Nos. 1, 4.) On the same day, the Clerk notified Petitioner he had not paid the filing fee or filed an application to proceed in forma pauperis ("IFP"), and he had not filed a habeas petition. (ECF Nos. 2, 3.) The Clerk mailed Petitioner the Court's IFP application and form habeas petition along with the deficiency notices, as well as a stamped return envelope and instructions for completing application and form petition. The deficiency notices informed Petitioner that if he did not respond within 28 days, the case would be dismissed. (*Id.*) More than 28 days have passed, and no response has been received. As Petitioner has not paid the filing fee, completed his IFP application, filed a habeas petition, requested an extension of time to do so, or shown cause why not, this case is DISMISSED without prejudice.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: May 6, 2026

JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California